IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-51061
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                              Plaintiff-Appellee,

versus

ALAN PAUL MAYO,

                                              Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. W-97-CR-122-5
--------------------
August 20, 2002

Before HIGGINBOTHAM, DAVIS, and PARKER, Circuit Judges.

PER CURIAM:[*]

        Court-appointed counsel for Alan Paul Mayo has moved for leave to withdraw and has filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738 (1967).  Mayo received a copy of counsel's motion and brief, and has filed a <u>pro</u> <u>se</u> response challenging his sentence.  However, his sentence was not in violation of law nor plainly unreasonable.  <u>See</u> <u>United States v. Giddings</u>, 37 F.3d 1091, 1093 (5th Cir. 1994).

        Our review of the brief filed by counsel and of the record discloses no other nonfrivolous issue for appeal.  Accordingly,

_____

        [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

the motion for leave to withdraw is GRANTED, counsel is excused

from further responsibilities, and the APPEAL IS DISMISSED.

See 5TH CIR. R. 42.2.